UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERCY LAVAE BACON, | )<br>) |
| Plaintiff, | )<br>)  2:11-cv-00249-KJD-PAL |
| vs. | )<br>) |
| JAMES COX, *et al.*, | )  **ORDER**<br>) |
| Defendants. | )<br>) / |

Plaintiff is a prisoner proceeding *pro se* and has submitted an incomplete application to proceed *in forma pauperis* (docket #1) as well as a motion for temporary restraining order and preliminary injunctive relief (docket #s 2, 3). Such documents are insufficient to initiate a civil rights action in this court. Moreover, on at least three (3) occasions, the court has dismissed civil actions commenced by plaintiff while in detention for failure to state a claim for which relief may be granted.[1]

Under 28 U.S.C. § 1915(g), "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that

---

[1] *See Bacon v. Webster, et al.*, 2:05-cv-01267-PMP-GWF; *Bacon v. Laswell*, 2:09-cv-02058-PMP-PAL; *Bacon v. State of Nevada*, 2:10-cv-01451-KJD-LRL. The court takes judicial notice of its prior records in the above matters.

was dismissed on the grounds that is frivolous, malicious, or fails to state a claim upon which relief may be granted," he may not proceed *in forma pauperis* and instead must pay the full $350.00 filing fee in advance, unless he is under imminent danger of serious physical injury. "Section 1915(g)'s cap on prior dismissed claims applies to claims dismissed both before and after the statute's effective date" of April 26, 1996. *Tierney v. Kupers*, 128 F.3d 1310, 1312 (9th Cir. 1997).

Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious. Plaintiff has not alleged, and the subject matter of this action does not indicate, that he is in imminent danger of serious physical injury. He must pre-pay the filing fee in full.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (docket #1) is **DENIED**.

**IT IS FURTHER ORDERED** that this action will be dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within and files a complaint on the court-approved form within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the following motions filed by plaintiff: motion for preliminary injunction (docket #3); motion for recusal of district judge (docket #5); and motion to amend judgment (docket #6) are all **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank section 1983 civil rights complaint form with instructions. Plaintiff is expressly cautioned that failure to file a complaint on the court-approved form, accompanied by the $350.00 filing fee, within thirty (30) days of the date of entry of this order may result in the immediate dismissal of this entire action without prejudice.

DATED: March 9, 2011

_____
UNITED STATES DISTRICT JUDGE