UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00249-KJD-PAL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES COX, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On March 9, 20111, the court denied plaintiff's application to proceed *in forma pauperis* because he is a three-strikes litigant. Before the court is plaintiff's motion to amend order denying application to proceed *in forma pauperis* (docket #8).

However, while plaintiff has filed an application to proceed *in forma pauperis* ("IFP") as well as a motion for temporary restraining order and/or preliminary injunctive relief, plaintiff failed to attach his complaint to his IFP application or to file a complaint at all. The documents that plaintiff has filed are insufficient to initiate a civil rights action in this court. Accordingly, this action must be dismissed.

**IT IS THEREFORE ORDERED** that this court's Order dated March 9, 2011 (docket #7) is **VACATED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend order denying motion/application to proceed *in forma pauperis* (docket #8) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: April 7, 2011

_____
UNITED STATES DISTRICT JUDGE